

Jura Zibas
212-915-5756 (Direct)
Jura.Zibas@wilsonelser.com

March 29, 2017

**VIA ECF & EMAIL (Failla_NYSDChambers@nysd.uscourts.gov)**

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *MiMedx Group, Inc. v. Osiris Therapeutics, Inc.*, **Index No. 16 Civ. 03645 (KPF)**

Dear Judge Failla:

    We represent defendant Osiris Therapeutics, Inc. in the above-referenced action. We write pursuant to Your Honor's Individual Rule 4.D. to request oral argument on Osiris's motion to dismiss the complaint. (Dkt. 70).

    We thank the Court for its attention to this matter.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Jura C. Zibas

Cc: All counsel (via ECF & electronic mail)

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

\\DC - 062614/000026 - 8414752 v1
8043277v.1